IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAKISHA STEWART, PLAINTIFF,

VS. CIVIL ACTION NO. 4:07CV156-P-S

VIKING RANGE CORPORATION, DEFENDANT.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendant's motion for summary judgment [26] is **GRANTED**; therefore,

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED** with all parties to bear their own costs.

**SO ORDERED** this the 8th day of December, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE